J-S03024-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| WENDELL HILL | |
| Appellant | No. 1604 EDA 2014 |

Appeal from the PCRA Order July 16, 2013
In the Court of Common Pleas of Delaware County
Criminal Division at No(s): CP-23-CR-0004112-1983

BEFORE:  FORD ELLIOTT, P.J.E., PANELLA, J., and OTT, J.

JUDGMENT ORDER BY PANELLA, J.                    **FILED MARCH 20, 2015**

Hill is serving a life sentence for second-degree murder.  This Court affirmed his judgment of sentence on December 22, 1986, and he did not file a petition for allowance of appeal.  This is his fourth PCRA petition.

In this *pro se* appeal, Hill purports to raise four issues, but, in actuality, there is but one issue:  He argues that the PCRA court erred in denying his PCRA petition as he is entitled to relief under **Miller v. Alabama**, ___ U.S. ___, 132 S.Ct. 2455 (2012).[1]  In **Miller**, the Court recognized a constitutional right for *juveniles under the age of eighteen*, and

---

[1] His arguments concerning a universal declaration of human rights, the Eighth Amendment, and an argument about the Pennsylvania Constitution are not developed legal arguments.  They border on incoherence.  We will not address them.

held that "mandatory life without parole for those under the age of 18 at the time of their crimes violates the Eighth Amendment's prohibition against 'cruel and unusual punishments.'" ___ U.S. at ___, 132 S.Ct. at 2460.

Hill cannot benefit from the holding in **Miller**. He was over 18 years old (he was 20) at the time he committed the offense. Even if he had been 18 years old or younger when he committed the murder, our Supreme Court has held that the right announced in **Miller** does not apply retroactively. **See Commonwealth v. Cunningham**, 81 A.3d 1, 10 (Pa. 2013). We further note that this Court has held that a petitioner cannot rely on **Miller** or 42 Pa.C.S.A. § 9545(b)(1)(iii) to establish jurisdiction over an untimely PCRA petition. **See Commonwealth v. Seskey**, 86 A.3d 237, 243 (Pa. Super. 2014).

Order affirmed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 3/20/2015

- 2 -